IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DENNIS A. BARNES,**

    **Plaintiff,**

v.                                   **CASE NO. 5:12-cv-79-RS-CJK**

**KEN DAVIS, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's second amended complaint (Doc. 14) is **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) and for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on May 31, 2013.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**